UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In the Matter of the

Complaint of Plaintiffs, McALLISTER TOWING & TRANSPORTATION CO., INC. as Owner and McALLISTER TOWING OF NEW YORK, LLC, as Owner Pro Hac Vice of the Tug PATRICE McALLISTER for Exoneration from/or Limitation of Liability
------------------------------------------------------x

Index No.: 12cv2505 (LAK)

**IN ADMIRALTY**

**NOTICE OF APPEARANCE**

To:  The Clerk of Court and to parties of record:

I am admitted or otherwise authorized to practice before this Court and I appear in this case as counsel for Plaintiffs, McAllister Towing & Transportation Co., Inc. and McAllister Towing of New York, LLC.

DATED:  New York, New York
        April 9, 2012

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
McALLISTER TOWING & TRANSPORTATION CO., INC. and McALLISTER TOWING OF NEW YORK, LLC

By: _____
Mark F. Muller
80 Pine Street
New York, NY  10005
Telephone: (212) 425-1900
Facsimile:  (212) 425-1901
Email:  muller@freehill.com

383796.1