UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

In the Matter of the

Complaint of Plaintiffs, McALLISTER
TOWING & TRANSPORTATION CO.,
INC. as Owner and McALLISTER
TOWING OF NEW YORK, LLC, as Owner
Pro Hac Vice of the Tug PATRICE
McALLISTER for Exoneration from/or
Limitation of Liability
---------------------------------------------------- x



Index No.: 1:12-CV-02505-LAK

**IN ADMIRALTY**

**STIPULATION FOR EXTENSION
OF TIME TO FILE CLAIM AND
ANSWER**

NOW COME the parties, by and through their undersigned attorneys, and stipulate that the time for filing a claim and/or answer be extended up to and including August 16, 2012. By entering into this stipulation, Ohio Machinery Company d/b/a Ohio CAT does not waive its position that it is not subject to personal jurisdiction in New York.

DATED: New York, New York
       July 2, 2012

By: _____
Mark F. Muller
80 Pine Street
New York, NY 10005

Respectfully Submitted,
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
McALLISTER TOWING &
TRANSPORTATION CO., INC. and
McALLISTER TOWING OF NEW
YORK, LLC

Telephone: (212) 425-1900
Fax: (212) 425-1901
Email: muller@freehill.com

LYONS & FLOOD, LLP
Attorneys for Ohio Machinery Company
d/b/a Ohio CAT

By: _____
Edward P. Flood
65 West 36th Street, 7th Floor
New York, NY 10018
Telephone: (212) 594-2400
Fax: (212) 594-4589
Email: eflood@lyons-flood.com

HOLBROOK & MURPHY
Attorneys for Ohio Machinery Company
d/b/a Ohio CAT

By: _____
Seth S. Holbrook
238-240 Lewis Wharf
Boston, MA 02110
Telephone: (617) 428-1151
Fax: (617) 428-6919
Email: holbrook_murphy@msn.com

SO ORDERED:

_____
U.S.D.J.

7/9/12