**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In the Matter of the Complaint of Plaintiffs McAllister Towing & Transportation, Inc. As Owner and McAllister Towing of New York, LLC As Owner Pro Hac Vice of the Tug PATRICE McALLISTER For Exoneration from or Limitation of Liability

Plaintiff
against
Defendant.

12 cv 2505   ( LAK ) ECF Case

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Carolyn M. Latti__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Claimant, John A. Hoban as Administrator of the Estate of Matthew J. Hoban in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

__Massachusetts and Maine__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:                                      Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Carolyn M. Latti

Firm Name: Latti & Anderson LLP

Address: 30-31 Union Wharf

City / State / Zip: Boston, MA 02109

Telephone / Fax: (617) 523-1000   fax (617) 523-7394

E-Mail: clatti@lattianderson.com

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1994**, said Court being the highest Court of Record in said Commonwealth:

### Carolyn May Latti

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifth** day of **July** in the year of our Lord **two thousand and twelve**.



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

**BOARD MEMBERS**

David M. Sanders, Esq. Chair
Gregory T. Caswell, Vice Chair

Charles E. Gilbert III, Esq.
Jud Knox
Dawn M. Pelletier, Esq.
Daniel Pileggi, Esq.
Victoria Powers, Esq.
Stephen J. Schwartz, Esq.

# BOARD OF OVERSEERS OF THE BAR
*Established by the Maine Supreme Judicial Court*

97 Winthrop Street
P O Box 527
Augusta, ME 04332-0527

Phone 207-623-1121 • Fax 207-623-4175
Email: Board@mebaroverseers.org • Web: www.mebaroverseers.org

**BOARD STAFF**

EXECUTIVE DIRECTOR
Jacqueline M. Rogers

BAR COUNSEL
J. Scott Davis

ASSISTANT BAR COUNSEL
Aria Eee

## CERTIFICATE OF GOOD STANDING

**Carolyn M. Latti, Esq.**

This is to certify that according to the registration records of Maine's Board of Overseers of the Bar, Carolyn M. Latti, of Boston, State of Massachusetts, Bar # 008074 was admitted to the Maine Bar on May 8, 1995 and is presently registered and in good standing with the Board of Overseers of the Bar as an active practitioner.

Dated at Augusta, County of Kennebec, State of Maine on Thursday, July 12, 2012.

_Angela Morse_, Board Clerk



**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing document was served on the following attorneys of record for each party named in this action, by mail, postage prepaid on July 18, 2012:

Mark Muller, Esquire
John Walsh, Esquire
Michael Fernandez, Esquire
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005

James Mercante, Esquire
Rubin, Fiorella & Friedman LLP
630 Third Avenue, 3rd Floor
New York, NY 10017

Shaun A. Bean, Esquire
Sedgwick LLP
Three Gateway Center, Twelfth Floor
Newark, NJ 07102

Ralph J. Mellusi, Esquire
Jacob Shisha, Esquire
Tabak, Mellusi & Shisha
29 Broadway, Suite 2311
New York, NY 10006

                                                Carolyn M. Latti
                                                Latti & Anderson LLP
                                                30-31 Union Wharf
                                                Boston, MA 02109
                                                clatti@lattianderson.com
(Tel.)  (617) 523-1000
(Fax)  (617) 523-7394
              Attorney for Claimant,
              John Hoban, as Administrator
              Of the Estate of Matthew J. Hoban

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Complaint of Plaintiffs McAllister Towing & Transportation, Inc. As Owner and McAllister Towing of New York, LLC as Owner Pro Hac Vice of the Tug PATRICE McALLISTER For Exoneration from or Limitation of Liability

Plaintiff

-against-

Defendant.

12 cv 2505 ( LAK ) ECF Case

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Carolyn M. Latti__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Massachusetts and Maine__; and that his/her contact information is as follows (please print):

Applicant's Name: __Carolyn M. Latti__

Firm Name: __Latti & Anderson LLP__

Address: __30-31 Union Wharf__

City / State / Zip: __Boston, MA 02109__

Telephone / Fax: __(617) 523-1000   fax (617) 523-7394__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Claimant John A. Hoban as Administrator of the Estate of Matthew J. Hoban__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____

_____
United States District / Magistrate Judge