**MEMO ENDORSED** DOC # 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Complaint of Plaintiffs McAllister Towing & Transportation, Inc. As Owner and McAllister Towing of New York, LLC As Owner Pro Hac Vice of the Tug PATRICE McALLISTER For Exoneration from or Limitation of Liability

Plaintiff

against

Defendant.

12 cv 2505 ( LAK )ECF Case

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Carolyn M. Latti**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Claimant, John A. Hoban as Administrator of the Estate of Matthew J. Hoban** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Massachusetts and Maine** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

_/s/ Carolyn M. Latti_
Applicant Signature

Applicant's Name: Carolyn M. Latti

Firm Name: Latti & Anderson LLP

Address: 30-31 Union Wharf

City / State / Zip: Boston, MA 02109

Telephone / Fax: (617) 523-1000   fax (617) 523-7394

E-Mail: clatti@lattianderson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/12

SO ORDERED

LEWIS A. KAPLAN, USDJ