UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In the Matter of the

Complaint of Plaintiffs, McALLISTER
TOWING & TRANSPORTATION CO.,
INC., as Owner and McALLISTER TOWING
OF NEW YORK, LLC, as Owner Pro Hac
Vice of the Tug PATRICE McALLISTER for
Exoneration from/or Limitation of Liability

------------------------------------------------------------- x

Case No.  1:12-cv-2505-LAK

ECF CASE

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **THOMAS D. ROBERTSON**, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Claimant/Defendant **CATERPILLAR INC.** in the above-captioned action.

I am in good standing of the bar of the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 19, 2012

Respectfully Submitted,

*/s/ Thomas D. Robertson*
Thomas D. Robertson
SEDGWICK LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: 973-242-0002
Fax: 973-242-8099
thomas.robertson@sedgwicklaw.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

In the Matter of the

Complaint of Plaintiffs, McALLISTER
TOWING & TRANSPORTATION CO.,
INC., as Owner and McALLISTER TOWING
OF NEW YORK, LLC, as Owner Pro Hac
Vice of the Tug PATRICE McALLISTER for
Exoneration from/or Limitation of Liability

-------------------------------------------------------- x

Case No.  1:12-cv-2505-LAK

ECF CASE

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of **THOMAS D. ROBERTSON**, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the State of New Jersey; and that his contact information is as follows:

> Thomas D. Robertson
> SEDGWICK LLP
> Three Gateway Center, 12th Floor
> Newark, New Jersey 07102
> Telephone: 973-242-0002
> Fax: 973-242-8099
> thomas.robertson@sedgwicklaw.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:

_____
Hon. Henry B. Pitman, U.S.M.J.

1

NJ/875497v1

Case 1:12-cv-02505-LAK   Document 25   Filed 07/23/12   Page 3 of 4

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **THOMAS D ROBERTSON** (No. **021091990**) was constituted and appointed an Attorney at Law of New Jersey on **December 20, 1990** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **9TH** day of **July**, 20 **12**.



Clerk of the Supreme Court

-453a-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of July, 2012, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing instrument was served upon the following attorneys of record electronically:

John Joseph Walsh
Michael Fernandez
Mark Francis Muller
FREEHILL HOGAN & MAHAR, LLP
80 Pine Street
New York, New York 10005
*Counsel for Plaintiffs McAllister Towing &*
*Transportation Co. Inc. and*
*McAllister Towing of New York, LLC*

James E. Mercante
Richard Gonzalez
RUBEN FIORELLA & FRIEDMAN LLP
630 Third Avenue, 3rd Floor
New York, New York 10017
*Counsel for Claimant Ironhead Marine, Inc.*

Ralph J. Mellusi
Jacob Shisha
TABAK MELLUSI & SHISHA, LLP
29 Broadway, Suite 2311
New York, New York 10006-3212
*Counsel for Claimant, John A. Hoban, as*
*Administrator and Personal Representative*
*of the Estate of Matthew J. Hoban*

By: /s/ Shaun A. Bean
**SEDGWICK LLP**
Three Gateway Center, 12th Floor
Newark, New Jersey 07102-4072
shaun.bean@sedgwicklaw.com
Tel: 973-242-0002
Fax: 973-242-8099
*Attorneys for Claimant/Defendant*
*Caterpillar Inc.*

NJ/875497v1