**MEMO ENDORSED** DOC # 23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Complaint of Plaintiffs McAllister Towing Transportation, Inc. As Owner and McAllister Towing of New York, LLC as Owner Pro-against- Hac Vice of the Tug PATRICE McALLISTER For Exoneration from or Limitation of Liability

Plaintiff,

Defendant.

12 cv 2505 ( LAK ) ECF Case

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __David F. Anderson__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Claimant, John A. Hoban as Administrator of the Estate of Matthew J. Hoban in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Massachusetts, New Hampshire and Maine and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:                          Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: David F. Anderson

Firm Name: Latti & Anderson LLP

Address: 30-31 Union Wharf

City / State / Zip: Boston, MA 02109

Telephone / Fax: (617) 523-1000    fax (17) 523-7394

E-Mail: danderson@lattianderson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/12

12 JUL 20 PM 1:31
S.D. OF N.Y.
FILED

SO ORDERED
_[signature]_
LEWIS A. KAPLAN, U.S.D.J.