# MEMO ENDORSED

DOC # 25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

In the Matter of the                                    :

Complaint of Plaintiffs, McALLISTER                     :
TOWING & TRANSPORTATION CO.,                            :
INC., as Owner and McALLISTER TOWING                    :
OF NEW YORK, LLC, as Owner Pro Hac                      :
Vice of the Tug PATRICE McALLISTER for                  :
Exoneration from/or Limitation of Liability             :

------------------------------------------------------- x

Case No.  1:12-cv-2505-LAK

ECF CASE

**MOTION FOR ADMISSION**
**PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/12

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **THOMAS D. ROBERTSON**, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Claimant/Defendant **CATERPILLAR INC.** in the above-captioned action.

     I am in good standing of the bar of the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 19, 2012

Respectfully Submitted,

Thomas D. Robertson
SEDGWICK LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: 973-242-0002
Fax: 973-242-8099
thomas.robertson@sedgwicklaw.com

**SO ORDERED**

Granted

**LEWIS A. KAPLAN, USDJ**

7/23/12

1