134-12/MFM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Petitioners/Plaintiffs
McALLISTER TOWING & TRANSPORTATION CO., INC.
and McALLISTER TOWING OF NEW YORK, LLC
80 Pine Street
New York, New York 10005
(212) 425-1900
Mark F. Muller, Esq.
John J. Walsh, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| In the Matter of the | **IN ADMIRALTY** |
| Complaint of Plaintiffs, McALLISTER TOWING & TRANSPORTATION CO., INC. as Owner and McALLISTER TOWING OF NEW YORK, LLC, as Owner Pro Hac Vice of the Tug PATRICE McALLISTER for Exoneration from/or Limitation of Liability | **PETITIONERS/PLAINTIFFS' RESPONSE TO CATERPILLAR INC.'S CLAIM DATED 7/2/2012**<br><br>**12 Civil 2505 (LAK)** |

------------------------------------------------------x

McALLISTER TOWING & TRANSPORTATION CO., Inc. as Owner and McALLISTER TOWING OF NEW YORK, LLC, as Owner Pro Hac Vice of the Tug PATRICE McALLISTER (hereinafter referred to as "McALLISTER") by their attorneys, Freehill, Hogan & Mahar LLP, responds to Caterpillar Inc.'s Claim dated July 2, 2012 upon information and belief as follows:

FIRST: McALLISTER admits the allegations contained in paragraphs numbered "1," "3," "5," "6," "10" and "11" of Caterpillar Inc.'s Claim.

SECOND: McALLISTER denies any knowledge or information to form a belief as to each and every allegation contained in paragraphs numbered "2" and "7" of Caterpillar Inc.'s Claim.

THIRD: McALLISTER denies each and every allegation contained in paragraphs numbered "8," "13" and "17" of Caterpillar Inc.'s Claim and refers all questions of law to the

391627.1

Court.

FOURTH:   McALLISTER denies each and every allegation contained in paragraphs numbered "14," "15," "18" and "19" of Caterpillar Inc.'s Claim.

FIFTH:   Answering paragraph numbered "4," "9," "12" and "16" of Caterpillar Inc.'s Claim, McALLISTER repeats and reiterates each and every answer and denial contained in paragraphs numbered "FIRST through FOURTH" inclusive of its Response to Caterpillar Inc.'s Claim with the same force and effect as though fully set forth at length herein.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

SIXTH:  In the event that this Honorable Court lacks jurisdiction over Ohio Machinery Company d/b/a Ohio Cat then this action should be transferred to Ohio federal court pursuant to 28 U.S.C. 1404(a).

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

SEVENTH:  The incident onboard the tug PATRICE McALLISTER, including any loss, damages and/or injuries to persons onboard the tug, were not the result of any negligence, fault or want of due care on the part of McALLISTER.

WHEREFORE, McALLISTER demands that Caterpillar's Inc.'s Claim dated July 2, 2012 be dismissed with costs and attorneys' fees to McALLISTER as against Caterpillar Inc.

391627.1

and that the Court grant to MCALLISTER such other, further and different relief as the justice of the cause may require.

Dated:  October 11, 2012

                   FREEHILL HOGAN & MAHAR, LLP
                   Attorneys for Petitioners/Plaintiffs
                   McALLISTER TOWING & TRANSPORTATION CO., INC. and McALLISTER TOWING OF NEW YORK, LLC

By: _____
      Mark F. Muller
      John J. Walsh
      80 Pine Street
      New York, New York  10005
      Telephone: (212) 425-1900
      Facsimile:  (212) 425-1901
      *muller@freehill.com*
      *walsh@freehill.com*

TO:    SEDGWICK, LLP
       Attorneys for Claimant/Defendant
       CATERPILLAR INC.
       Three Gateway Center, Twelfth Floor
       Newark, NJ  07102-4072
       Attn: Shaun A. Bean, Esq.
       Tel: 973-242-0002
       *shaun.bean@sedgwicklaw.com*

       TABAK, MELLUSI & SHISHA, LLP
       Attorneys for Claimant
       JOHN A. HOBAN, as Administrator and Personal Representative of the Estate of Matthew A. Hoban
       29 Broadway, Suite 2311
       New York, New York  10006-3212
       Attn: Jacob Shisha, Esq.
       Attn: Ralph J. Mellusi, Esq.
       *jshisha@sealawyers.com*

LATTI & ANDERSON, LLP
Attorneys for Claimant
JOHN A. HOBAN, as Administrator and Personal
Representative of the Estate of Matthew A. Hoban
30-31 Union Wharf
Boston, MA  02109
*Clatti@lattianderson.com*
Carolyn M. Latti, Esq.

RUBIN, FIORELLA & FRIEDMAN, LLP
Attorneys for Claimant
IRONHEAD MARINE, INC.
630 Third Avenue, 3rd Floor
New York, New York  10017
Tel: 212-953-2381
Attn: James E. Mercante, Esq.
Attn: Richard Gonzalez, Esq.
*jmercante@rubinfiorella.com*
*rgonzalez@rubinfiorella.com*

LYONS & FLOOD, LLP
Attorneys for Claimant
Ohio Machinery Company
d/b/a Ohio Cat
65 West 36th Stret, 7th Floor
New York, New York  10018
Attn: Edward P. Flood, Esq.
*eflood@lyons-flood.com*

Seth S. Holbrook, Esq.
Attorneys for Claimant
Ohio Machinery Company
d/b/a Ohio Cat
238-240 Lewis Wharf
Boston, MA  02110
*Holbrook_murphy@msn.com*

4

391627.1