UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In the Matter of the

| | |
|---|---|
| Complaint of Plaintiffs, McALLISTER TOWING & TRANSPORTATION CO., INC. as Owner and McALLISTER TOWING OF NEW YORK, LLC, as Owner Pro Hac Vice of the Tug PATRICE McALLISTER for Exoneration from/or Limitation of Liability | **AFFIDAVIT OF SERVICE**<br><br>**12 Civil 2505 (LAK)** |

------------------------------------------------------x

STATE OF NEW YORK    )
                                            ss:
COUNTY OF NEW YORK)

       I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and have a place of business and office at 80 Pine Street, New York, New York 10005. On October 11, 2012 I served the within PETITIONER/PLAINTIFFS' RESPONSE TO CATERPILLAR INC.'S CLAIM DATED 7/2/2012 by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    SEDGWICK, LLP
           Attorneys for Claimant/Defendant
           CATERPILLAR INC.
           Three Gateway Center, Twelfth Floor
           Newark, NJ  07102-4072
           Attn: Shaun A. Bean, Esq.
           Tel: 973-242-0002
           *shaun.bean@sedgwicklaw.com*

           TABAK, MELLUSI & SHISHA, LLP
           Attorneys for Claimant
           JOHN A. HOBAN, as Administrator and Personal
           Representative of the Estate of Matthew A. Hoban
           29 Broadway, Suite 2311
           New York, New York  10006-3212
           Attn: Jacob Shisha, Esq.
           Attn: Ralph J. Mellusi, Esq.
           *jshisha@sealawyers.com*

391892.1

LATTI & ANDERSON, LLP
Attorneys for Claimant
JOHN A. HOBAN, as Administrator and Personal
Representative of the Estate of Matthew A. Hoban
30-31 Union Wharf
Boston, MA  02109
*Clatti@lattianderson.com*
Carolyn M. Latti, Esq.

RUBIN, FIORELLA & FRIEDMAN, LLP
Attorneys for Claimant
IRONHEAD MARINE, INC.
630 Third Avenue, 3rd Floor
New York, New York  10017
Tel: 212-953-2381
Attn: James E. Mercante, Esq.
Attn: Richard Gonzalez, Esq.
*jmercante@rubinfiorella.com*
*rgonzalez@rubinfiorella.com*

LYONS & FLOOD, LLP
Attorneys for Claimant
Ohio Machinery Company
d/b/a Ohio Cat
65 West 36th Street, 7th Floor
New York, New York  10018
Attn: Edward P. Flood, Esq.
*eflood@lyons-flood.com*

Seth S. Holbrook, Esq.
Attorneys for Claimant
Ohio Machinery Company
d/b/a Ohio Cat
238-240 Lewis Wharf
Boston, MA  02110
*Holbrook_murphy@msn.com*

_____
CLARE MAZZA

Sworn to before me on
this 11TH DAY OF OCTOBER, 2012

_____
Notary Public

ANNETTE CARRUBBA
Notary Public, State of New York
No. 01CA4684574
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 30, 2014

391892.1