UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
In the Matter of the

Complaint of Plaintiffs, McALLISTER
TOWING & TRANSPORTATION CO., INC. as      **AFFIDAVIT OF SERVICE**
Owner and McALLISTER TOWING OF NEW
YORK, LLC, as Owner Pro Hac Vice of the Tug      **12 Civil 2505 (LAK)**
PATRICE McALLISTER for Exoneration
from/or Limitation of Liability
-------------------------------------------------x
STATE OF NEW YORK    )
                          ss:
COUNTY OF NEW YORK)

      I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and have a place of business and office at 80 Pine Street, New York, New York 10005. On October 11, 2012 I served the within PETITIONER/PLAINTIFFS' RESPONSE TO CLAIM OF IRONHEAD MARINE, INC. by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    RUBIN, FIORELLA & FRIEDMAN, LLP
        Attorneys for Claimant
        IRONHEAD MARINE, INC.
        630 Third Avenue, 3rd Floor
        New York, New York 10017
        Tel: 212-953-2381
        Attn: James E. Mercante, Esq.
        Attn: Richard Gonzalez, Esq.
        *jmercante@rubinfiorella.com*
        *rgonzalez@rubinfiorella.com*

        TABAK, MELLUSI & SHISHA, LLP
        Attorneys for Claimant
        JOHN A. HOBAN, as Administrator and Personal
        Representative of the Estate of Matthew A. Hoban
        29 Broadway, Suite 2311
        New York, New York 10006-3212
        Attn: Jacob Shisha, Esq.
        Attn: Ralph J. Mellusi, Esq.
        *jshisha@sealawyers.com*

391892.1

LATTI & ANDERSON, LLP
Attorneys for Claimant
JOHN A. HOBAN, as Administrator and Personal
Representative of the Estate of Matthew A. Hoban
30-31 Union Wharf
Boston, MA 02109
*Clatti@lattianderson.com*
Carolyn M. Latti, Esq.

SEDGWICK, LLP
Attorneys for Claimant/Defendant
CATERPILLAR INC.
Three Gateway Center, Twelfth Floor
Newark, NJ 07102-4072
Attn: Shaun A. Bean, Esq.
Tel: 973-242-0002
*shaun.bean@sedgwicklaw.com*

LYONS & FLOOD, LLP
Attorneys for Claimant
Ohio Machinery Company
d/b/a Ohio Cat
65 West 36th Street, 7th Floor
New York, New York 10018
Attn: Edward P. Flood, Esq.
*eflood@lyons-flood.com*

Seth S. Holbrook, Esq.
Attorneys for Claimant
Ohio Machinery Company
d/b/a Ohio Cat
238-240 Lewis Wharf
Boston, MA 02110
*Holbrook_murphy@msn.com*

_____
CLARE MAZZA

Sworn to before me on
this 11TH DAY OF OCTOBER, 2012

_____
Notary Public

ANNETTE CARRUBBA
Notary Public, State of New York
No. 01CA4684574
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 30, 2014

391892.1