UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In the Matter of the

Complaint of Plaintiffs, McALLISTER
TOWING & TRANSPORTATION CO., INC. as            **AFFIDAVIT OF SERVICE**
Owner and McALLISTER TOWING OF NEW
YORK, LLC, as Owner Pro Hac Vice of the Tug     12 Civil 2505 (LAK)
PATRICE McALLISTER for Exoneration
from/or Limitation of Liability
------------------------------------------------------x

STATE OF NEW YORK    )
                                ss:
COUNTY OF NEW YORK)

  I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and have a place of business and office at 80 Pine Street, New York, New York 10005. On October 16, 2012 I served the within PETITIONER/PLAINTIFFS' RESPONSE TO OHIO MACHINERY COMPANY d/b/a OHIO CAT'S CLAIM DATED AUGUST 16, 2012 WITH COUNTERCLAIM by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO: LYONS & FLOOD, LLP
   Attorneys for Claimant
   Ohio Machinery Company
   d/b/a Ohio Cat
   65 West 36th Street, 7th Floor
   New York, New York 10018
   Attn: Edward P. Flood, Esq.
   *eflood@lyons-flood.com*

   Seth S. Holbrook, Esq.
   Attorneys for Claimant
   Ohio Machinery Company
   d/b/a Ohio Cat
   238-240 Lewis Wharf
   Boston, MA 02110
   *Holbrook_murphy@msn.com*

391892.1

TABAK, MELLUSI & SHISHA, LLP
Attorneys for Claimant
JOHN A. HOBAN, as Administrator and Personal
Representative of the Estate of Matthew A. Hoban
29 Broadway, Suite 2311
New York, New York  10006-3212
Attn: Jacob Shisha, Esq. / Attn: Ralph J. Mellusi, Esq.
*jshisha@sealawyers.com*

LATTI & ANDERSON, LLP
Attorneys for Claimant
JOHN A. HOBAN, as Administrator and Personal
Representative of the Estate of Matthew A. Hoban
30-31 Union Wharf
Boston, MA  02109
***Clatti@lattianderson.com***
Carolyn M. Latti, Esq.

SEDGWICK, LLP
Attorneys for Claimant/Defendant
CATERPILLAR INC.
Three Gateway Center, Twelfth Floor
Newark, NJ  07102-4072
Attn: Shaun A. Bean, Esq.
Tel: 973-242-0002
*shaun.bean@sedgwicklaw.com*

RUBIN, FIORELLA & FRIEDMAN, LLP
Attorneys for Claimant
IRONHEAD MARINE, INC.
630 Third Avenue, 3rd Floor
New York, New York  10017
Tel: 212-953-2381
Attn: James E. Mercante, Esq.
Attn: Richard Gonzalez, Esq.
*jmercante@rubinfiorella.com*
*rgonzalez@rubinfiorella.com*

_____
CLARE MAZZA

Sworn to before me on
this 16TH DAY OF OCTOBER, 2012

_____
Notary Public

ANNETTE CARRUBBA
Notary Public, State of New York
No. 01CA4684574
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 30, 2014

391892.1