**SEDGWICK LLP**
Three Gateway Center, Twelfth Floor
Newark, New Jersey 07102-4072
Tel: 973-242-0002
Fax: 973-242-8099
*Attorneys for Claimant/Defendant Caterpillar Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
                                                              :   Case No. 1:12-cv-2505-LAK
In the Matter of the                                          :
                                                              :   ECF CASE
Complaint of Plaintiffs, McALLISTER TOWING                    :
& TRANSPORTATION CO., INC., as Owner and                      :   **IN ADMIRALTY**
McALLISTER TOWING OF NEW YORK, LLC,                           :
as Owner Pro Hac Vice of the Tug PATRICE                      :   **NOTICE OF APPEARANCE**
McALLISTER for Exoneration from/or Limitation                 :
of Liability                                                  :
                                                              :
------------------------------------------------------------- X   *(Electronically Filed)*

To:   The Clerk of the Court and to all parties of record:

   I am admitted or otherwise authorized to practice before this Court and I appear in this case as counsel for Claimant/Defendant Caterpillar Inc.

Date:   October 16, 2012

                                           By:   /s/ Joseph Fanning_____
                                                 **SEDGWICK LLP**
                                                 Three Gateway Center, Twelfth Floor
                                                 Newark, New Jersey 07102-4072
                                                 joseph.fanning@sedgwicklaw.com
                                                 Tel: 973-242-0002
                                                 Fax: 973-242-8099
                                                 *Attorneys for Claimant/Defendant Caterpillar Inc.*