RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante
Richard González
630 Third Avenue, 3rd Floor
New York, NY 10017
(212) 953-2381
*Attorneys for Claimant,*
*Ironhead Marine, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT,

of

McALLISTER TOWING & TRANSPORTATION CO. INC., as Owner and McALLISTER TOWING OF NEW YORK, LLC as Owner Pro Hac Vice of the Tug PATRICE McALLISTER for Exoneration from/or Limitation of Liability

Petitioners.

Civil Action No.: 12-cv-2505 (LAK)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, that, claimant, IRONHEAD MARINE, INC., is hereby dismissed from this action without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii);

**IT IS FURTHER STIPULATED**, that Ironhead Marine agrees to cooperate in this matter as needed, including making its employees available for deposition and producing documents reasonably requested by the parties to this action.

IT IS FURTHER AGREED that the within stipulation may be executed in separate parts bearing the signatures of the parties' counsel and filed as a single document.

Dated: New York, New York
       January 25, 2013

**FREEHILL HOGAN & MAHAR, LLP**
Attorneys for Petitioners,
   *McAllister Towing & Transportation Co. Inc., and McAllister Towing of New York, LLC*

//S//  *Mark F. Muller*
By: Mark F. Muller
    80 Pine Street
    New York, New York 10005
    Ph: 212-425-1900
    Fax: 212-425-1901
    E-Mail: Muller@freehill.com

**RUBIN, FIORELLA & FRIEDMAN LLP**
Attorneys for Claimant,
   *Ironhead Marine, Inc.*

By: James Mercante
    630 Third Avenue, 3rd Floor
    New York, New York 10017
    Ph: 212-953-2381
    Fax: 212-953-2462
    E-Mail: Jmercante@rubinfiorella.com
    Our File No.: 357-23914

**LATTI & ANDERSON LLP**
Attorneys for Claimant,
   *John A. Hoban, Personal Representative of the Estate of Matthew J. Hoban*

//S//  *Carolyn M. Latti*
By: Carolyn M. Latti
    30-31 Union Wharf
    Boston, Massachusetts 02109
    Ph: 617-523-1000
    Fax: 617-523-7394
    E-Mail: Clatti@lattianderson.com

**LYONS & FLOOD, LLP**
Attorneys for Claimant,
   *Ohio Machinery Company, d/b/a Ohio CAT*

//S//  *Edward Flood*
By: Edward P. Flood
    65 West 36th Street, 7th Floor
    New York, New York 10018
    Ph: 212-594-2400
    Fax: 212-594-4589
    E-Mail: Eflood@lyons-flood.com

**SEDGWICK LLP**
Attorneys for Claimant,
    *Caterpillar, Inc.*

By: /s/ Joseph D. Fanning (by kk)
    Joseph D. Fanning
    Three Gateway Center, 12th Floor
    Newark, New Jersey
    Ph: 973-242-0002
    Fax: 973-242-8099
    E-Mail:
    Joseph.fanning@sedgwicklaw.com

Dated: New York, New York

**IT IS SO ORDERED:**

_____
United States District Judge