UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



----------------------------------X

In the Matter of the                   :

Complaint of Plaintiffs,               :       12 Civ. 2505 (HBP)
McALLISTER TOWING & TRANSPORTATION
CO., INC as Owner and McALLISTER       :       IN ADMIRALTY
TOWING OF NEW YORK, LLC, as Owner
Pro Hac Vice of the Tug PATRICE        :       AMENDED
McALLISTER for Exoneration from/or             SCHEDULING ORDER[1]
Limitation of Liability                :

----------------------------------X

        PITMAN, United States Magistrate Judge:

        Upon consent of the parties, it is hereby ORDERED as

follows:

        1.  No later than June 10, 2013, the Estate of

Matthew Hoban shall advise all other parties whether it

will assert a claim directly against Ohio Machinery.

        2.  If the Estate of Matthew Hoban does not elect

to assert a claim directly against Ohio Machinery, any

motion pursuant to Fed.R.Civ.P. 14(c) shall be made no

later than July 10, 2013.

        3.  Any motion to lift the stay shall be made no

later than July 10, 2013.

_____

        [1]This Order supersedes and replaces the Scheduling Order
entered in this matter on April 25, 2012 (Docket Item 48).

4.   No additional parties may be joined after July 31, 2013.

5.   Any applications to amend the pleadings, other than the amendment discussed in paragraph 1, shall be made no later than July 31, 2013.

6.   The parties shall make the disclosures required by Rule 26(a)(2) with respect to:

(a) expert witnesses on or before November 29, 2013;

(b) rebuttal expert witnesses on or before December 31, 2013.

7.   All discovery, including any depositions of experts, shall be completed on or before February 14, 2014.

8.   The joint pretrial order in the form required by my individual rules shall be filed on or before April 4, 2014.

Dated:   New York, New York
         May 2, 2013

                              SO ORDERED

                              HENRY PITMAN
                              United States Magistrate Judge

2

Coies transmitted to:

All Counsel